## Commonwealth *v.* Henderson, Appellant.

Before CATANIA, J.

Submitted September 8, 1975. *David E. Auerbach,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hickson, Appellant.

Before ROSENBERG, J., without a jury.

Submitted June 9, 1975. *Douglas Riblet* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.